IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AHMED OMAR ABU-ALI,                          )
                                             )
        Petitioner,                          )
                                             )
    v.                                       )        Case Nos. 1:05-cr-00053-GBL
                                             )                  1:12-cv-00474-GBL
UNITED STATES OF AMERICA,                    )
                                             )
        Respondent.                          )

## ORDER

This matter is before the Court on Petitioner Ahmed Omar Abu-Ali's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (Doc. 444). For the reasons stated in the accompanying Memorandum Opinion and Order,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** in all respects. Should Petitioner wish to appeal this Order, he must do so by filing a written notice of appeal within sixty (60) days following entry of this Order, pursuant to Federal Rules of Appellate Procedure 3 and 4;

**IT IS FURTHER ORDERED** that the Court expressly declines to issue a certificate of appealability, as Petitioner's § 2255 motion failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When denial occurs on substantive, rather than procedural, grounds, this requirement is fulfilled if the court's conclusion "could nonetheless be deemed debatable by reasonable jurists." *Barbe v. McBride*, 521 F.3d 443, 451-52 (4th Cir. 2008) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). For the reasons stated in the Court's Memorandum Opinion and Order, the Court finds this threshold requirement unmet and therefore declines to issue a certificate of appealability.

**IT IS SO ORDERED.**

ENTERED this 28th day of October, 2013.

Alexandria, Virginia
10 / 28 / 2013

_____/s/_____
Gerald Bruce Lee
United States District Judge