**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| | ) | |
| **AHMED OMAR ABU-ALI,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 05-cr-00053 (GBL) |
| | ) | 12-cv-00474 (GBL) |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Petitioner Ahmed Omar Abu Ali hereby

appeals to the United States Court of Appeals for the Fourth Circuit from the Order of

this Court dated October 28, 2013 (ECF Nos. 461-462) denying the petitioner's motion to

vacate his sentence pursuant to 28 U.S.C. § 2255 and denying a certificate of

appealability.  Petitioner appeals from every part of said Order.

Dated:  November 25, 2013                        Respectfully submitted,

_____
ROBERT J. BOYLE
351 Broadway
3rd floor
New York, N.Y. 10013
(212) 431-0229
Attorney for Petitioner
(Pro Hac Vice)

*/s/ Alan R. Kabat*

_____

ALAN R. KABAT
Bernabei & Wachtel, PLLC
1775 T Street NW
Washington D.C. 20009-7102
(202) 745-1942
VA Bar No. 76898
Local Counsel for Petitioner